1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

CHANDRA KISHOR,

No.  2:23-cv-01356-JDP (PC)

12

Plaintiff,

13

v.

ORDER

14

JOHN STOLLER, *et al.*,

15

Defendants.

16

17        Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983.  Plaintiff has not, however, filed an *in forma pauperis* affidavit or paid the

19   required filing fee of $350.00 plus the $52.00 administrative fee.[1]  *See* 28 U.S.C. §§ 1914(a),

20   1915(a).  Plaintiff will be provided the opportunity either to submit the appropriate affidavit in

21   support of a request to proceed *in forma pauperis* or to submit the required fees totaling $402.00.

22        Plaintiff is cautioned that the *in forma pauperis* application form includes a section that

23   must be completed by a prison official, and the form must be accompanied by a certified copy of

24   plaintiff's prison trust account statement for the six-month period immediately preceding the

25   filing of this action.

26

27        [1] If leave to file *in forma pauperis* is granted, plaintiff will still be required to pay the
filing fee but will be allowed to pay it in installments.  Litigants proceeding *in forma pauperis* are
28   not required to pay the $52.00 administrative fee.

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit in

3   support of his request to proceed *in forma pauperis* on the form provided by the Clerk of Court,

4   or the required fees in the amount of $402.00; plaintiff's failure to comply with this order will

5   result in a recommendation that this action be dismissed; and

6    2.  The Clerk of Court is directed to send plaintiff a new Application to Proceed In Forma

7   Pauperis By a Prisoner.

8
9   IT IS SO ORDERED.

10
    Dated:    July 28, 2023                          _____

11                                                   JEREMY D. PETERSON
                                                     UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28