UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDRA KISHOR,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN STOLLER, *et al.*,<br><br>    Defendants. | No.  2:23-cv-01356-TLN-JDP (PC)<br><br>ORDER |

    Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 and a request for leave to proceed *in forma pauperis* under 28 U.S.C. § 1915. Plaintiff's filings are, however, incomplete: The certificate portion of the *in forma pauperis* request, which must be completed by plaintiff's institution of incarceration, has not been completed, and plaintiff has not filed a certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). I will give plaintiff an opportunity to submit a completed *in forma pauperis* application and a certified copy in support of the application.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of the request to proceed *in forma pauperis* on the form provided by the Clerk of Court, and a certified copy of the inmate trust account statement for the six-month period

immediately preceding the filing of the complaint;

2. The Clerk of Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff's failure to comply with this order may result in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.

Dated: _August 21, 2023_

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE