UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDRA KISHOR, | No. 2:23-cv-01356-TLN-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| JOHN STOLLER, *et al.*, | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration had not been filled out and plaintiff had not filed a certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Therefore, I provided him thirty days to submit a completed *in forma pauperis* application and a certified copy in support of the application. ECF No. 9.

Plaintiff has not complied with that order, and instead, has filed a motion for an extension of time to file an *in forma pauperis* application. ECF No. 10. In addition to requesting additional time, plaintiff argues that the filing fee should be waived and cites to an unpublished California Court of Appeal case, *People v. Duenas*, 30 Cal. App. 5th 1157, 1164 (2019). ECF No. 10-1 at 1.

1

*Duenas*, however, does not excuse plaintiff from paying the filing fee in federal court. *See id.* (holding that "due process of law requires the trial court to conduct an ability to pay hearing and ascertain a defendant's present ability to pay before it imposes court facilities and court operations assessments under . . . section 1465.8 and Government Code section 70373"). Accordingly, plaintiff will be granted thirty days from this order's issuance to submit a completed *in forma pauperis* application or pay the filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to submit an application to proceed *in forma pauperis*, ECF No. 10, is granted.

2. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of the request to proceed *in forma pauperis* on the form provided by the Clerk of Court, and a certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint.

3. The Clerk of Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

4. Plaintiff's failure to comply with this order may result in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.

Dated:   September 11, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE