UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDRA KISHOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN STOLLER, *et al.*,<br><br>　　　　Defendants. | Case No. 2:23-cv-01356-TLN-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE AN AMENDED COMPLAINT AND DENYING HIS MOTION FOR AN EXTENSION OF TIME TO FILE AN APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>ECF Nos. 8 & 12 |

　　　　Plaintiff has filed a motion to file an amended complaint and a motion for an extension of time to file an application to proceed *in forma pauperis*. ECF Nos. 8 & 12. Good cause appearing, it is hereby ORDERED that:

　　　　1. Plaintiff's motion to file an amended complaint, ECF No. 8, is granted.

　　　　2. Plaintiff is granted thirty days to file an amended complaint.

　　　　3. Plaintiff's motion for an extension of time to file an application to proceed *in forma pauperis*, ECF No. 12, is denied as moot in light of plaintiff's motion to proceed *in forma pauperis* at ECF No. 13.

IT IS SO ORDERED.

Dated:    November 29, 2023                                                        
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE