UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDRA KISHOR,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN STOLLER, et al.,<br><br>    Defendant. | Case No. 2:23-cv-01356-TLN-JDP<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 14, 2024, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 21.) The time to file objections has passed, and Plaintiff did not file any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. The findings and recommendations, filed on March 14, 2024 (ECF No. 21) are
3 | ADOPTED IN FULL;
4 | 2. Plaintiff's Motion to Proceed In Forma Pauperis (ECF No. 17) is GRANTED;
5 | 3. Plaintiff's Second Amended Complaint (ECF No. 18) is DISMISSED without
6 | leave to amend;
7 | 4. Plaintiff's Motion for Introduction of Evidence (ECF No. 20) is DENIED;
8 | 5. Plaintiff's pending discovery motions (ECF Nos. 23–25) are DENIED as moot;
9 | and
10 | 6. The Clerk of Court is directed to close this case.

11 | Date: April 10, 2024

_____
Troy L. Nunley
United States District Judge

2